UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRA J. MCELRATH and
KEVIN MCELRATH,

    Plaintiffs,

v.                                Case No. 3:23cv12137/MCR/HTC

SANOFI-AVENTIS US LLC and
SANOFI US SERVICES INC.,

    Defendants.
_____/

DOROTHY MIMS,

    Plaintiffs,

v.                                  Case No. 3:23cv24723/MCR/HTC

SANOFI-AVENTIS US LLC and
SANOFI US SERVICES INC.,

    Defendants.
_____/

# ORDER

The above-referenced cases were recently transferred to the undersigned from the Eastern District of Louisiana, *In re Taxotere (Docetaxel) Products Liability Litigation*, MDL 16-2740, for case-specific discovery and trial.[1]  A joint status

---

[1] To date, three other *Taxotere* cases have been transferred to this district and randomly assigned to other judges: *Anita McDonald*, 1:23cv284/MW; *Regina Smith*, 5:23cv302/RH; and *Mamta Kamenicky*, 4:23cv482/AW.

conference will be held in both cases on **December 22, 2023 at 10:30 a.m. CST**. All counsel of record for both sides in both cases must attend the conference either in person or by Zoom. Those who wish to attend by Zoom must email Barbara Rogers at barbara_rogers@flnd.uscourts.gov by December 20, 2023 to obtain login information for the proceeding.

By December 20, 2023, the parties must file a joint report on the two individual dockets addressing the below topics. A single report, organized by case for plaintiff-specific information, is preferable. The parties also must be prepared to discuss these topics at the status conference.

1. Current status of each case, including any efforts to resolve the cases to date;

2. Legal issues that will need to be resolved in each case (*e.g.*, specific causation, statute of limitations, case-specific affirmative defenses);

3. Ways to promote efficiency as the cases proceed, where appropriate (*e.g.*, coordinated discovery, motions practice, and/or *Daubert* proceedings); and

4. Areas of focus for a Science Day, which the Court intends to schedule in the near future.

**SO ORDERED**, on this 5th day of December, 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**